Cory S. Fein (SBN 250758)
Cory Fein Law Firm
712 Main St., #800
Houston, TX 77002
Telephone: (281) 254-7717
Facsimile: (530) 748-0601
Email: cory@coryfeinlaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN NORTHRUP, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**<br>          Plaintiffs,<br><br>v.<br><br>**CAPITAL ALLIANCE GROUP**<br><br>          Defendant. | Case No. 8:18-cv-23<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff John Northrup hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant, Capital Alliance Group.

Copies of the Complaint and Summons were served on Defendant, Capital Alliance Group by hand delivery on January 12, 2018. (*See* Proof of Service, filed at Docket No. 9.)

To date, Defendant has not filed a responsive pleading as required by the Federal Rules of Civil Procedure. Accordingly, default must be entered against Defendant.

Dated: February 25, 2018.

*/s/ Cory S. Fein*
Cory S. Fein
California Bar No. 250758
Cory Fein Law Firm
712 Main St., #800
Houston, TX 77002
Telephone: (281) 254-7717
Facsimile: (530) 748-0601
Email: cory@coryfeinlaw.com

Attorneys for Plaintiff