Cory S. Fein (SBN 250758)
Cory Fein Law Firm
712 Main St., #800
Houston, TX 77002
Telephone: (281) 254-7717
Facsimile: (530) 748-0601
Email: cory@coryfeinlaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOHN NORTHRUP, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**<br>       Plaintiffs,<br><br>v.<br><br>**CAPITAL ALLIANCE GROUP**<br><br>       Defendant. | Case No. 8:18-cv-23<br><br>**DECLARATION OF CORY FEIN IN SUPPORT OF REQUEST FOR CLERK ENTRY OF DEFAULT AGAINST DEFENDANT** |

I, Cory Fein, declare as follows:

1.   I am an attorney at Cory Fein Law Firm, counsel to Plaintiff John Northrup. I submit this Declaration in support of Plaintiff's Request for Clerk to Enter Default Judgment (Docket No. 10.)

2.   I am personally knowledgeable of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the facts therein.

3.   Defendant has been served as evidenced by the Proof of Service filed in this case. (Docket No. 9.) Additionally, I have corresponded via email with Defendant's CEO, Narin Charan, and thus know that Defendant has knowledge of the lawsuit.

4.   A default judgment entry by the clerk, pursuant to Federal Rule of Civil Procedure 55(b), is appropriate in this case because Plaintiff's claim is for a sum

certain. That sum is $1,500, the statutory penalty set forth in 47 U.S.C. §227(b)(3). *See* Complaint, Docket No. 1, ¶ 69.

    5.    Accordingly, the clerk should enter judgment for $1,500, plus costs, due to Defendant's failure to appear. Defendant is a corporation and thus is neither a minor nor an incompetent person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February 2018 in Houston, Texas

*/s/ Cory S. Fein*
Cory S. Fein
California Bar No. 250758
Cory Fein Law Firm
712 Main St., #800
Houston, TX 77002
Telephone: (281) 254-7717
Facsimile: (530) 748-0601
Email: cory@coryfeinlaw.com

Attorney for Plaintiff