Cory S. Fein (SBN 250758)
Cory Fein Law Firm
712 Main St., #800
Houston, TX 77002
Telephone: (281) 254-7717
Facsimile: (530) 748-0601
Email: cory@coryfeinlaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN NORTHRUP, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**<br>Plaintiffs,<br><br>v.<br><br>**CAPITAL ALLIANCE GROUP**<br><br>Defendant. | Case No. 8:18-cv-00023-JLS-DFM<br><br>**STATUS REPORT** |

Plaintiff John Northrup hereby provides the following status report for this case.

This case was filed on January 9, 2018. Copies of the Complaint and Summons were served on Defendant, Capital Alliance Group by hand delivery on January 12, 2018. (*See* Proof of Service, Dkt. No. 9.)

Defendant failed to file a responsive pleading as required by the Federal Rules of Civil Procedure. Accordingly, Plaintiff requested the clerk to enter a default. (Dkt. 10.) The clerk entered a default on February 26, 2018. (Dkt. No. 12.)

Defendant has indicated an interest in resolving this matter without hiring an attorney and has asked for a conference with Plaintiff's counsel on April 9, 2018 to discuss resolving this matter. Accordingly, Plaintiff plans to hold off on moving forward with the default judgment pending settlement discussions with the Defendant.

Dated: March 30, 2018.

          */s/ Cory S. Fein*
          Cory S. Fein
          California Bar No. 250758
          Cory Fein Law Firm
          712 Main St., #800
          Houston, TX 77002
          Telephone: (281) 254-7717
          Facsimile: (530) 748-0601
          Email: cory@coryfeinlaw.com

          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I have communicated with Defendant by email with its CEO, Narin Charan, and that I served this Status Report on Defendant by emailing its CEO, Narin Charan at narin@capitalalliance.com, on March 30, 2018.

          /s/ Cory S. Fein
          Cory S. Fein