THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
550 West C Street, Suite 1760
San Diego, California 92101
+1.619.270.8383
+1.619.752.1552

*Attorney for Defendant Capital Alliance Group*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **JOHN NORTHRUP**, | Case No.: 18-cv-23-JLS-DFM |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR RELIEF OF DEFAULT** |
| v. | |
| **CAPITAL ALLIANCE GROUP** | Date: Friday, July 6, 2018<br>Time: 2:30 p.m.<br>Courtroom 10A |
| Defendant. | Honorable Josephine L. Staton |

**TO THE CLERK OF THE SOUTHERN DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 55, on Friday, July 6, 2018 at 2:30 p.m., before the United States District Court for the Central District of California – Southern Division, located at 411 West 4th Street, Santa Ana, CA 92701, Courtroom 10A, the Honorable Josephine L. Staton presiding, Defendant Capital Alliance Group ("Defendant") will, and hereby does move this Court for an order granting relief from the Clerk's entry of Defendant's default.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the Declaration of William R. Restis and exhibits thereto, the Declaration of Narin Charan and exhibits thereto, all accompanying papers, pleadings and records on file in this action, and any further evidence or argument that may be presented before or at the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 14, 2018.

Respectfully submitted,

DATED: May 24, 2018                    THE RESTIS LAW FIRM, P.C.

  /s/ William R. Restis
William R. Restis, Esq.
550 West C Street, Suite 1760
San Diego, CA 92101
Tel: +1.619.270.8383
Email: william@restislaw.com