Cory S. Fein (SBN 250758)
Cory Fein Law Firm
712 Main St., #800
Houston, TX 77002
Telephone: (281) 254-7717
Facsimile: (530) 748-0601
Email: cory@coryfeinlaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOHN NORTHRUP** | Case: 8:18-cv-23-JLS-DFM |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED EX PARTE MOTION REGARDING JULY 6, 2018 HEARING** |
| v. | |
| **CAPITAL ALLIANCE GROUP** | |
| Defendant. | |

Pursuant to the Federal Rules of Civil Procedure and this Court's Local Rule 7-19, Plaintiff requests that the Court (1) rule on Defendant's Motion to Set Aside Default (Doc. 20) and Plaintiff's Motion for Default Judgment (Doc. 15) without a hearing, (2) grant the parties permission to attend the hearing via telephone, or (3) grant a continuance of the July 6, 2018 noticed hearing date. Defendant is not opposed to this motion.

Plaintiff's counsel will be in Colorado from July 2 through July 9, and is unavailable to attend the July 6 hearing. Before the July 6 hearing was set, Plaintiff's counsel was scheduled to attend the American Association for Justice's Annual Convention, beginning July 7 at 8:30 a.m., in Denver, Colorado, and to speak at one of the CLE programs on July 7. Plaintiff's counsel also has vacation plans with his wife in the Denver area from July 2 - 6.

After filing this case, Plaintiff learned that Defendant lacks the resources to settle

a class action. Accordingly, this case is now limited to seeking a total of $13,500 in damages. (Doc. 15 at 8.) The size of this matter, and the simplicity of the issues before the Court do not require a hearing. If the Court believes a hearing is necessary, Plaintiff's counsel could attend the July 6 hearing by telephone, or be available at the Court's 2:30 pm Friday setting on any Friday in 2018 except for July 6, and October 5.

This application is based on this Application and the accompanying Declaration of Cory S. Fein ("Fein Decl.") filed concurrently herewith, the pleadings and other papers on file in this action, and all matters of which the Court may take judicial notice. Defendant opposes this motion.

Dated: June 20, 2018.

/s/ Cory S. Fein
Cory S. Fein
California Bar No. 250758
Cory Fein Law Firm
712 Main St., #800
Houston, TX  77002
Telephone:  (281) 254-7717
Facsimile:  (530) 748-0601
Email:  cory@coryfeinlaw.com

Attorney for Plaintiff

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 20, 2018, I conferred with Defendant's counsel, William R. Restis, who stated that Defendant is not opposed to this motion. I am filing this motion ex parte because the July 6 hearing setting is in less than 3 weeks. Defendant's counsel's contact information is: William R. Restis, THE RESTIS LAW FIRM, P.C., william@restislaw.com, 550 West C Street, Suite 1760, San Diego, California 92101, 619.270.8383, 619.752.1552.

/s/ Cory S. Fein
Cory S. Fein

## PROOF OF SERVICE

Pursuant to Local Rule, this document was filed with the Court's ECF system on June 20, 2018, and thereby served on all parties.

/s/ Cory S. Fein
Cory S. Fein