UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:18-cv-00023-JLS-DFM                                         Date: July 03, 2018

Title:  John Northrup v. Capital Alliance Group

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER (1) TAKING MOTIONS UNDER SUBMISSION (Docs. 15, 20); AND (2) DENYING AS MOOT EX PARTE APPLICATION (Doc. 26)**

      Before the Court is a Motion for Default Judgment filed by Plaintiff (Doc. 15) and a Motion for Relief from Default filed by Defendant (Doc. 20.)  The Court finds these matters appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearing set for July 6, 2018, at 2:30 p.m., is VACATED, and the Court takes the Motions UNDER SUBMISSION.   In light of the foregoing, Plaintiff's Ex Parte Application seeking to continue the hearing is DENIED AS MOOT. (Doc. 26.)

      Initials of Preparer:  tg