JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN NORTHRUP** | ) | Case: 8:18-cv-23-JLS-DFM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **CAPITAL ALLIANCE GROUP** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Plaintiff's Notice of Dismissal under Federal Rule 41(a)(1)(A)(i), this case is hereby DISMISSED, without prejudice, each party to bear its own costs.

SIGNED ON this 9th day of July, 2018.

        JOSEPHINE L. STATON
United States District Court Judge